PREFERRED RADIO PRODUCTS CORPORATION, Respondent, v. EQUITABLE RADIO CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

MARGARET A. HALL, Respondent, v. SPENCER WATERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

SAMUEL ROSENBLUM, INC., Respondent, v. JOSEPH ROTHENBERG and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

VERNONA LAYNG, Respondent, v. THE " LITTLE RITZ " AUTOMATIC SERVICE COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

JANET MCIVER SUCKERT, Appellant, v. HAROLD C. SUCKERT, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS SCHATZBERG, Appellant, v. ANNA SCHATZBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

RUDOLPH LEDERER and Another, Respondents, v. ALTON FRUCHTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

TERESA CIPULLO, Respondent, v. JACOB BAEL and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

MAHOMEDALI ESSAJEE LOTIA and Another, Respondents, v. AUSTIN BOND, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

SAMUEL YUDIN, Respondent, v. YETTA GROSSMAN, Appellant, Impleaded, etc.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

GEORGE C. SPRAGUE, as Trustee in Bankruptcy of the Estate of EDWARD M. FULLER, and Another, Respondents, v. ARNOLD ROTHSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

DONALD A. MACFARLANE, Respondent, v. HENS & KELLY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.